IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MUSTAFA-EL K.A. AJALA
formerly known as Dennis E. Jones-El,

                                          Plaintiff,

     v.

WILLIAM SWIEKATOWSKI,

                                          Defendant.

ORDER

13-cv-638-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case is set for trial on August 24, 2015. Plaintiff Mustafa-El K.A. Ajala has filed a motion to allow him and two prisoner witnesses to appear at trial in street clothes. Dkt. #120.  I have denied plaintiff's request to allow the other prisoners to testify, dkt. #111, so that portion of plaintiff's motion is DENIED as moot.  Defendant does not oppose plaintiff's own request to wear street clothes, so the motion is GRANTED as it applies to plainitff.

      This court's policy is that plaintiff must make his own arrangements for street clothing by asking family members or friends to have his street clothing delivered to the office of the United States Marshal, 120 N. Henry Street, Madison, WI 53703.  **To avoid**

1

**delays in the trial, any clothes plaintiff wishes to wear must be brought to the courthouse not later than 2 p.m. on Friday, August 21, 2015**. Alternatively, plaintiff could ask prison officials to transfer his clothing to the marshal when they bring him to the courthouse for trial. Whether they would agree to do this is a matter within their discretion.

Entered this 14th day of August, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2