IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MUSTAFA-EL AJALA
formerly known as Dennis E. Jones-El,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

13-cv-638-bbc

v.

WILLIAM SWIEKATOWSKI,
GARY BOUGHTON, PATRICK BRANT,
MICHAEL DELVAUX and
WILLIAM POLLARD,

    Defendants.

---

This action came for consideration before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the court has rendered a decision.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 26th day of August, 2015.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

By: _E. Clark, deputy clerk_     8/26/2015
Peter Oppeneer, Clerk of Court     Date