UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Mustafa-El K.A. Ajala,
        Plaintiff-Appellant,

V.                               Case No.# 13-CV-638-BBC

William Swiekatowski, et al.,
        Defendants-Appellees.

**NOTICE OF APPEAL**

Notice is hereby given that Mustafa-El K.A. Ajala, the Plaintiff-Appellant in the above-entitled matter, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on 8-26-15 (Dkt. 150).

Date: 3-4-16                             Signed: _____

                                                  Mustafa-El K.A. Ajala, #223971
                                                  [f.k.a. Dennis E. Jones-El]
                                                  P.O. Box 9900 – WSPF
                                                  Boscobel, WI. 53805-9900

2016 MAR -9 AM 10: 2  PETER OPPENEER CLERK US DIST COURT WD OF WI  DOC NO REC'D/FILED

Certificate of Mailing

Case: Ajala V. Swiekatowski, et al., #13-CV-638-BBC

I, Mustafa-El K.A. Ajala, pursuant to 28 U.S.C. §1746, under penalty of perjury, do hereby attest that on <u>3-4-15</u>, I did file the following documents:

(1) Notice of Appeal; and (2) Letter to the Court dated 3-4-16;

by placing said documents in the WSPF prison mailing system addressed to the following, with First Class postage prepaid:

Clerk of Court
U.S. District Court
Western District of Wisconsin
120 N. Henry St., Rm.#320
Madison, WI. 53701

Signed: _____
Mustafa-El K.A. Ajala, #223971
[f.k.a. Dennis E. Jones-El]
P.O. Box 9900 - WSPF
Boscobel, WI 53805-9900

**Please Do Note:**

(1) The AAG, Jody Schmelzer, defense counsel, is being served through the Court's E-Filing system, due to an informal agreement with the Court obviating service by mail; and (2) Mail at WSPF, though mailed today, does not get forwarded to the post-office for postmarking until 3-7-16 (mon.).

DOC NO REC'D/FILED 2016 MAR -9 AM 10: 21 PETER OPPENEER CLERK US DIST COURT WD OF WI

Mustafa-EL K.A. Ajala, #223971
[f.k.a. Dennis E. Jones-EL]
P.O. Box 9900 - WSPF
Boscobel, WI. 53805-9900

3-4-16

Clerk of Court
U.S. District Court
Western District of Wisconsin
120 N. Henry St., Rm.#320
Madison, WI. 53701

Re: Notice of Appeal, Court Docket, Transcript Information Sheet

Dear Clerk of Court,

    Please find for filing my Notice of Appeal. Also, please do send me a copy of the Court Docket in this from Dkt.# 151 (9-8-2015) up to this point. Lastly, please do send me a Transcript Information Sheet also. Thank you.

Respectfully Submitted,

_____
Mustafa-El K.A. Ajala
[f.k.a. Dennis E. Jones-El]

THIS LETTER HAS BEEN MAILED FROM THE WISCONSIN PRISON SYSTEM

RECEIVED

MAR - 6 2016

WISCONSIN SECURE PROGRAM FACILITY