IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MUSTAFA-EL K.A. AJALA
formerly known as Dennis E. Jones-El,

                                                ORDER

           Plaintiff,

                                          13-cv-638-bbc
      v.                                   App. No. 16-1523

WILLIAM SWIEKATOWSKI,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On April 8, 2016, plaintiff Mustafa-El Ajala, formerly known as Dennis Jones-El, filed a motion for preparation of the trial transcripts at government expense. Under 28 U.S.C. § 753(f), a party proceeding in forma pauperis is entitled to a free transcript if the party files an appeal and the court determines that the appeal "is not frivolous (but presents a substantial question)." On April 1, 2016, I granted plaintiff leave to proceed in forma pauperis on his appeal and I have already concluded that the appeal is not taken in bad faith. Although I see no error in the court's rulings or the jury verdict, I do not believe that the appeal is frivolous. Accordingly I will grant plaintiff's motion.

1

ORDER

IT IS ORDERED that the request for preparation of transcripts at government's expense filed by plaintiff Mustafa-El Ajala, formerly known as Dennis Jones-El, dkt. #169, is GRANTED. The court reporter is directed to prepare a transcript of the August 24, 2015, final pretrial conference and the August 25, 2015, trial and furnish copies to plaintiff and to the government, with the fees to be paid by the United States, pursuant to 28 U.S.C. § 753(f).

Entered this 13th day of April, 2016.

BY THE COURT:
/s/

BARBARA B. CRABB
District Judge